# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>TRYMANE ANDERSON,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) No. 26-20044<br>)<br>)<br>)<br>) |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Thomas L. Parker for all further proceedings.

**IT IS SO ORDERED,** this 19th day of February, 2026.

            s/ Sheryl H. Lipman
            SHERYL H. LIPMAN
            CHIEF UNITED STATES DISTRICT JUDGE